# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICAYUNE RANCHARIA OF THE CHUKCHANSI INDIANS, a federally-recognized Indian tribe, and the CHUKCHANSI ECONOMIC DEVELOPMENT AUTHORITY, a wholly-owned entity of the Tribe,<br><br>Plaintiffs,<br><br>v.<br><br>GIFFEN TAN, an individual; JOYCE MARKLE, an individual; LARRY KING, an individual; Ted ATKINS, an individual; TEX MCDONALD, an individual; VERNON KING, an individual; LYNDA APPLING, an individual; DONNA FEATHERSTONE, an individual; AMANDA RAMIREZ, an individual; CHARLES SARGOSA, an individual; NANCY AYALA, an individual; DYANN ECKSTEIN, an individual; JOSEPH AYALA, an individual; JOSHUA ATKINS, an individual; MIKE RAMIREZ, an individual; DAVID WORKS, III, an individual; KHAMMY CHHOM, an individual; DOES 1-20; and XYZ CORPORATIONS 1-20,<br><br>Defendants. | CASE NO. 1:14-cv-0220 AWI SAB<br><br>**ORDER REFERRING PENDING MOTIONS TO MAGISTRATE JUDGE STANLEY A. BOONE**<br><br>**ORDER VACATING APRIL 17, 2014 HEARING DATE** |

Plaintiffs allege that they represent the Picayune Rancheria of Chukchansi Indians ("Plaintiff Tribe"), a federally recognized Indian Tribe, and the Chukchansi Economic Development Authority. Plaintiffs claim that Defendants are all individuals who are operating the Chukchansi Gold Resort and Casino in violation of the Indian Gaming Regulatory Act and the Gaming Compact between California and the Tribe by distributing revenues in a manner not consistent with the gaming compact. A second entity purporting to represent Picayune Rancheria of Chukchansi Indians ("Intervenor Tribe") has filed motions to intervene as a party defendant and to dismiss. ECF Docs. 13 and 13-11. The motions have been sent for hearing before the undersigned on April 17, 2014.   The Court has reviewed the pending motion.  The Court finds that the pending motion should be referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72 for the entry of Findings and Recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The pending motions to intervene and to dismiss are REFERRED to Magistrate Judge Stanley A. Boone;
2. The April 17, 2014 hearing before the undersigned is VACATED; and
3. In the event the Magistrate Judge desires a hearing on the pending motions, the Magistrate Judge's Chambers will contact the parties and set a hearing date at his convenience.

IT IS SO ORDERED.

Dated:   March 3, 2014

SENIOR  DISTRICT  JUDGE

2